No. 78–1334.  WEISS v. PATRICK ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 78–1338.  COLEMAN-AMERICAN COS., INC. v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 78–1344.  VRINER v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 78–1357.  BASCIANO v. HERKIMER, EXECUTIVE DIRECTOR, NEW YORK CITY EMPLOYEES RETIREMENT SYSTEM, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 78–1366.  COSTELLO ET AL. v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 78–1428.  BUTLER, DISTRICT ATTORNEY OF BEXAR COUNTY, ET AL. v. DEXTER.  C. A. 5th Cir.  Certiorari denied.

No. 78–1435.  LOCAL 336, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL–CIO v. GTE-AUTOMATIC ELECTRIC CO.  C. A. 7th Cir.  Certiorari denied.

No. 78–1440.  ROSE ET AL. v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 78–1479.  PEOPLES v. JUDICIAL STANDARDS COMMISSION OF NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 78–1492.  GUTTMAN, T/A LIBERTY NURSING CENTER v. NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 78–1500.  CITICORP v. BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM.  C. A. 2d Cir.  Certiorari denied.